# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 99CR2185-JAH |
|---|---|
| Plaintiff, | ORDER TERMINATING GARNISHMENT |
| v. | |
| LINUS MICHAEL DENNEHY, | |
| Defendant and Judgment Debtor, | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Garnishee. | |

This Court previously ordered Judgment Debtor to pay a fine in the amount of $110,000.00. Pursuant to 18 U.S.C. § 3613(b), the liability to pay the fine terminates on November 18, 2022.

Therefore, IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 3205(c)(10)(A), that the garnishment in the above-captioned case is terminated as of November 18, 2022.

**IT IS SO ORDERED.**

DATED: November 18, 2022

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE